**UNITED STATES of America,
Appellee,**

v.

**Matthew M. CUNNINGHAM,
Appellant.**

**No. 09–2636.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 18, 2010.

Filed: Feb. 25, 2010.

Michael S. Huffman, Independence, MO, for appellant.

Katharine Fincham, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

After Matthew Cunningham pleaded guilty to distributing child pornography, in

violation of 18 U.S.C. § 2252(a)(2), the district court[1] sentenced him to 120 months in prison and 8 years of supervised release. Counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is unreasonable.

The sentence, which represents a substantial downward variance from the advisory Guidelines range of 188–235 months, is not unreasonable, *see United States v. Lazarski*, 560 F.3d 731, 733 (8th Cir.2009); and having reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.